

NUMBER 13-10-00097-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF G.G. AND G.G.G., CHILDREN

On Appeal from the 267th District Court
of Victoria County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Garza**
**Memorandum Opinion Per Curiam**

*Pro se* appellant, Gabriel C. Garcia, perfected an appeal from a judgment entered by the 267th District Court of Victoria County, Texas, in cause number 09-11-69365-C. Appellant has filed a motion to dismiss the appeal on grounds that he no longer wants to proceed with the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby

DISMISSED.   Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
15th day of July, 2010.